# IN THE SUPREME COURT OF THE STATE OF NEVADA

VISHAL SHARMA,
          Appellant,

vs.

CHIRAYU PATEL,
          Respondent.

No. 79070

**FILED**

OCT 15 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order denying a motion for reconsideration and denying a motion to strike. Second Judicial District Court, Washoe County; Connie J. Steinheimer, Judge.

Appellant filed a complaint for "other tort and unjust enrichment" against respondent. Respondent filed a motion to dismiss or, alternatively, a motion to stay the case pending arbitration in a related matter filed in federal court in Connecticut. The district court entered an order denying the motion to dismiss and granting the motion for stay. Appellant then filed a motion for reconsideration of the district court's order. The district court denied the motion for reconsideration and denied respondent's motion to strike appellant's requests for submission. Appellant appeals from the order denying reconsideration and motion to strike.

Initial review of the docketing statement and documents before this court reveals a jurisdictional defect. This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule allows for an appeal from the order

SUPREME COURT
OF
NEVADA

(O) 1947A

19-42591

challenged by appellant in this appeal. *See Consolidated Generator-Nev., Inc. v. Cummins Engine Co.*, 114 Nev. 1304, 971 P.2d 1251 (1998) (indicating that interlocutory orders are not appealable unless specially authorized by rule or statute, but may be considered in the context of an appeal from the final judgment); *Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000) (defining a final judgment); *Brunzell Constr. Co. v. Harrah's Club*, 81 Nev. 414, 404 P.2d 902 (1965) (an order granting a stay of proceedings is not appealable). Accordingly, as it appears that this court lacks jurisdiction, it

ORDERS this appeal DISMISSED.

_____ *Pickering* , J.
Pickering

_____ , J.     _____ , J.
Parraguirre                          Cadish

cc:   Hon. Connie J. Steinheimer, District Judge
      Vishal Sharma
      Maupin, Cox & LeGoy
      Washoe District Court Clerk